In the Matter of the Estate of CURTIS C. JOHNSON, Deceased. MYRA J. CARRY, as General Guardian of CURTIS C. JOHNSON, JR., et al., Infants, Appellant; HAROLD B. JOHNSON, as Executor of CURTIS C. JOHNSON, Deceased, Respondent.

Submitted March 6, 1946; decided April 18, 1946.

*Harry D. Sanders* and *John F. Connelly* for appellant.
*Edward C. Schlenker* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.